**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARY DOYLE,

    Plaintiff,

v.                                                         CASE NO: 8:09-cv-2039-T-26MAP

LIBERTY MUTUAL,

    Defendant.
                                        /

**O R D E R**

Pending before the Court is Defendant Liberty Life Assurance Company of Boston's motion to dismiss in which it claims it is not the proper defendant to this ERISA action inasmuch as the plan documents reflect that Wachovia Corporation is the plan administrator. On January 13, 2010, the Court entered an order at docket 7 directing Plaintiff's counsel to file an amended complaint on or before January 20, 2010, if he agreed with the motion, or a response to the motion on or before January 27, 2010, if he disagreed. Plaintiff's counsel has failed to file either an amended complaint or a timely response. The Court, therefore, will resolve the motion without a response.

A review of the plan documents attached to Defendant's motion, which Defendant correctly notes this Court may consider, indisputably demonstrates that Wachovia Corporation is the plan administrator. Consequently, under Eleventh Circuit precedent, Wachovia is the proper defendant. See Hamilton v. Allen-Bradley Co., 244 F.3d 819, 824 (11th Cir. 2001).

Accordingly, it is ordered and adjudged as follows:

1) Defendant Liberty's Motion to Dismiss (Dkt. 6) is granted.

2) The amended complaint is dismissed without prejudice.

3) Plaintiff shall file a second amended complaint on or before February 11, 2010, naming Wachovia Corporation as the proper defendant.

**DONE AND ORDERED** at Tampa, Florida, on January 28, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record